DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

R. TERRANCE RADER, Esq., (*Pro Hac Vice*)
rtr@raderfishman.com
RADER, FISHMAN & GRAUER PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, Michigan 48304
Telephone:  (248) 594-0600
Facsimile:   (248) 594-0610

Attorneys for Plaintiff
SEMICONDUCTOR ENERGY
LABORATORY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD.<br><br>*Plaintiff*,<br><br>vs.<br><br>YUJIRO NAGATA,<br><br>*Defendant*. | Case No. CV11-02793 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT YUJIRO NAGATA TO RESPOND TO COMPLAINT AND TO MOVE CASE MANAGEMENT HEARING DATE**<br><br>Judge: Hon. Charles R. Breyer<br>Ctrm:  6, 17th Floor<br><br>Case Filed: June 8, 2011<br>Trial Date:  Not Set |

1  Plaintiff Semiconductor Energy Laboratory Co., Ltd. and defendant Yujiro Nagata,
2  by and through their undersigned counsel, hereby stipulate as follows pursuant to Civil
3  Local Rules 6-1(a) and(b):
4  WHEREAS, Plaintiff served counsel for Defendant with the summons and
5  complaint on August 15, 2011, with the Defendant's consent;
6  WHEREAS, Plaintiff has agreed to allow Defendant to file his response to the
7  Complaint no later than September 12, 2011;
8  WHEREAS, the parties believe it will be more efficient and in the interests of
9  judicial economy to continue the Case Management Conference, currently scheduled for
10 September 16, 2011, for 30 days to allow Defendant sufficient time to respond to the
11 Complaint; and
12 WHEREAS, the parties agree that Defendant is specially appearing for purposes of
13 filing this stipulation and is not waiving any objections pursuant to F.R.C.P. 12.
14 THE PARTIES HEREBY STIPULATE AND AGREE that:
15 1) Defendant shall file his response to the Complaint no later than
16    September 12, 2011;
17 2) The currently scheduled September 16, 2011 Case Management
18    Conference shall be rescheduled to October 14, 2011, or the next date on
19    which the Court is available for a Case Management Conference. All
20    Deadlines relating to the Case Management Conference will be moved
21    accordingly.

Date: August 18, 2011          /s/   Melinda M. Morton
                               MELINDA M. MORTON
                               mmorton@be-law.com
                               BERGESON, LLP
                               303 Almaden Boulevard, Suite 500
                               San Jose, CA 95110-2712
                               Telephone: (408) 291-6200
                               Facsimile: (408) 297-6000

|   |   |
|---|---|
| 1 | R. TERRANCE RADER, Esq., (*Pro Hac Vice*) |
| 2 | rtr@raderfishman.com |
|   | RADER, FISHMAN & GRAUER PLLC |
| 3 | 39533 Woodward Ave., Suite 140 |
|   | Bloomfield Hills, Michigan 48304 |
| 4 | Telephone:  (248) 594-0600 |
|   | Facsimile:   (248) 594-0610 |

Attorneys for Plaintiff
SEMICONDUCTOR ENERGY
LABORATORY CO., LTD.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Date:  August 18, 2011			TURNER BOYD LLP

			_____/s/_____
			      Julie S. Turner

			2570 W. El Camino Real, Suite 380
			Mountain View, CA 94040
			P:  650.521.5930
			F:  650.521.5931
			turner@turnerboyd.com

			Attorneys for Defendant
			YUJIRO NAGATA

## ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Date:  __August 22__, 2011		By: _____
					Honorable Charles R. Breyer
					United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*