DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

R. TERRANCE RADER, Esq., (*Pro Hac Vice*)
rtr@raderfishman.com
RADER, FISHMAN & GRAUER PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, Michigan 48304
Telephone:  (248) 594-0600
Facsimile:   (248) 594-0610

Attorneys for Plaintiff
SEMICONDUCTOR ENERGY
LABORATORY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SEMICONDUCTOR ENERGY LABORATORY CO., LTD.,<br><br>*Plaintiff*,<br><br>vs.<br><br>YUJIRO NAGATA,<br><br>*Defendant.* | Case No. CV11-02793 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR BRIEFING ON DEFENDANT YUJIRO NAGATA'S MOTION FOR SANCTIONS**<br><br>Judge:  Hon. Charles R. Breyer<br>Ctrm:   6, 17th Floor<br><br>Case Filed:  June 8, 2011<br>Trial Date:   Not Set |
|---|---|

1 Plaintiff Semiconductor Energy Laboratory Co., Ltd. and defendant Yujiro Nagata,
2 by and through their undersigned counsel, hereby stipulate as follows pursuant to Civil
3 Local Rules 6-1(b) and 6-2:

4 WHEREAS, Defendant filed the Motion for Sanctions on November 28, 2011 with
5 a hearing date of January 6, 2012; and

6 WHEREAS, the Court reset the hearing date to January 20, 2012; and

7 WHEREAS, the parties have agreed to alter the briefing schedule for the Motion
8 that Plaintiff may serve an opposition to Defendant's Motion for Sanctions on December
9 30, 2011, 21 days before the hearing, and Defendant may serve a reply on January 6, 2012,
10 14 days before the hearing; and

11 WHEREAS, this change in the briefing schedule will not affect any deadlines in
12 the case; and

13 WHEREAS, the parties have previously stipulated to move the initial Case
14 Management Conference and to give Defendant an additional 30 days to respond to the
15 Complaint;

16 THE PARTIES HEREBY STIPULATE AND AGREE that:

17 1) Plaintiff shall file its opposition to Defendant's Motion for Sanctions no
18 later than December 30, 2011;

19 2) Defendant shall file its reply to the Motion for Sanctions no later than
20 January 6, 2012.

21 Date: December 6, 2011         /s/   Melinda M. Morton
                                 MELINDA M. MORTON
22                               mmorton@be-law.com
                                 BERGESON, LLP
23                               303 Almaden Boulevard, Suite 500
                                 San Jose, CA 95110-2712
24                               Telephone: (408) 291-6200
                                 Facsimile: (408) 297-6000
25

26

27

28
                                        1
STIPULATION & [PROPOSED] ORDER TO EXTEND TIME FOR BRIEFING    Case No. CV11-02793 CRB

R. TERRANCE RADER, Esq., (*Pro Hac Vice*)
rtr@raderfishman.com
RADER, FISHMAN & GRAUER PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, Michigan 48304
Telephone: (248) 594-0600
Facsimile: (248) 594-0610

Attorneys for Plaintiff
SEMICONDUCTOR ENERGY LABORATORY CO., LTD.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Date: December 6, 2011         TURNER BOYD LLP

_____/s/_____
Julie S. Turner

2570 W. El Camino Real, Suite 380
Mountain View, CA 94040
P: 650.521.5930
F: 650.521.5931
turner@turnerboyd.com

Attorneys for Defendant
YUJIRO NAGATA

**ORDER**

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Date: __December 8__, 2011         By: _____
                                       Honorable Charles R. Breyer
                                       United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

2
STIPULATION & [PROPOSED] ORDER TO EXTEND TIME FOR BRIEFING         Case No. CV11-02793 CRB