1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEMICONDUCTOR ENERGY
LABORATORY CO, LTD.,

        Plaintiff,

  v.

YUJIRO NAGATA,

        Defendant.

_____/

No. C 11-02793 CRB

**JUDGMENT**

     Having granted Defendant's Motion to Dismiss, the Court enters judgment for Defendant and against Plaintiff..

     **IT IS SO ORDERED.**

Dated: January 24, 2012

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2793\judgment.frm